# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Jimmy Gaba, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 13-3103-CV-S-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) |

## O R D E R

On Friday, January 24, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed July 1, 2013, [Doc. 6] and the *Brief For Defendant*, filed September 16, 2013, [Doc. 9]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                     */s/ John T. Maughmer*
                                                     **JOHN T. MAUGHMER
                                                     U. S. MAGISTRATE JUDGE**